UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WANDA R. DRAKE, | 2:12-CV-00396-PMP-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, et al., | |
| Defendants. | |

Plaintiff having failed to file a timely response to Defendants' Motion to Dismiss (Doc. #7), and it further appearing that Defendants are entitled to the relief requested on the merits of its Motion,

**IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. #7) is **GRANTED** and this action is hereby dismissed.

**IT IS FURTHER ORDERED** that Defendants' Motion to Consolidate (Doc. #8) is **DENIED** as moot.

DATED: April 16, 2012.

PHILIP M. PRO
United States District Judge