UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WANDA R. DRAKE,<br><br>    Plaintiff,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, et al.,<br><br>    Defendants. | 2:12-CV-00396-PMP-PAL<br><br>**ORDER** |

Plaintiff having failed to file a timely response to Defendants' Motion to Dismiss (Doc. #7), and it further appearing that Defendants are entitled to the relief requested on the merits of its Motion,

**IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. #7) is **GRANTED** and this action is hereby dismissed.

**IT IS FURTHER ORDERED** that Defendants' Motion to Consolidate (Doc. #8) is **DENIED** as moot.

DATED: April 16, 2012.

_____
PHILIP M. PRO
United States District Judge